UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF KENNY RICHIE MARTY MITCHEL, ) <br> By and through Emily Rebecca Garlick and ) <br> Gerald Neville Mitchell, ) <br> Its Personal Representatives ) <br>                               **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> GAVIN SCOTT HAPGOOD, a/k/a ) <br> SCOTT HAPGOOD ) <br>                               **Defendants** ) | CIVIL ACTION NO. <br> 3:19-CV-01914 (SRU) <br><br><br><br><br><br><br><br><br><br><br> January 27, 2020 |

**CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD**

Now Comes Defendant Scott Hapgood, by and through counsel, and respectfully requests an extension of time up to and including February 6, 2020 to file a responsive pleading to Plaintiff's complaint. Undersigned defense counsel has just appeared in the matter, and the requested extension is necessary to fully assess the pertinent facts and properly respond. This is defendant's second request for extension of time, and Plaintiff's counsel consents to this request.

                                                        RESPECTFULLY SUBMITTED,
                                                        GAVIN SCOTT HAPGOOD A/K/A
                                                         SCOTT HAPGOOD

BY: _____
                                                         Michael C. Conroy, Esq. (ct22254)
                                                         Hassett & George, P.C.
                                                         945 Hopmeadow Street
                                                         Simsbury, CT 06070
                                                         Telephone No.: (860) 651-1333
                                                         Facsimile No.: (860) 651-1888
                                                         Email: mconroy@hgesq.com

## CERTIFICATION

This is to certify that on this 27th day of January, 2020, a copy of the **CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
Michael C. Conroy