**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ESTATE OF KENNY RICHIE MARTY MITCHEL,** <br> --By and through Emily Rebecca Garlick and <br> Gerard Neville Mitchell, <br> Its Personal Representatives | : | Case 3:19-CV-01914 |
| **VS** | : | |
| **GAVIN SCOTT HAPGOOD, a/k/a** <br> **SCOTT HAPGOOD** | : | JUNE 18, 2020 |

**ANSWER AND DEFENSES TO COUNTERCLAIM**

Plaintiff answers Counterclaim as follows:

1) The material allegations of paragraphs 1-16 are denied.

17) Plaintiff admits the allegations of paragraphs 17, 18, and 19.

20) The material allegations of paragraphs 20-51 are denied.

**As to the First Cause of Action**:

1) Plaintiff reiterates its answers to paragraphs 1-51, as set forth above.

52) The material allegations of paragraphs 51-54 are denied.

**As to the Second Cause of Action**:

1) Plaintiff reiterates its answers to paragraphs 1-51, as set forth above.

55) The material allegations of paragraphs 55-63 are denied.

**As to the Third Cause of Action**:

1) Plaintiff reiterates its answers to paragraphs 1-51, as set forth above.

64) The material allegations of paragraphs 64-66 are denied.

**Special Defense to First Cause of Action**

If the plaintiff was negligent in any of the fashions alleged by the defendant, the defendant himself was negligent and his negligence was greater than the plaintiff's.

                                      Plaintiff, Estate of Kenny Mitchel,

By     /s/ct06163
       Steven L. Seligman, Its Attorney
       Katz & Seligman
       130 Washington Street
       Hartford, CT 06106
       Federal Bar #ct06163
       860/547-1857 (PH)
       860/241-9127 (FAX)
       SSeligman@KatzandSeligman.com

**CERTIFICATION OF SERVICE**

I hereby certify service of the within Answer and Defenses to Counterclaim to all counsel of record this 18th day of June 2020.

By     /s/ct06163
       Steven L. Seligman