# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF KENNY RICHIE MARTY MITCHEL, --By and through Emily Rebecca Garlick and Gerard Neville Mitchell, Its Personal Representatives, <br><br>    Plaintiffs, <br><br>vs <br><br>GAVIN SCOTT HAPGOOD, a/k/a SCOTT HAPGOOD, <br><br>    Defendant. | Case No. 3:19-cv–01914-SRU <br><br> March 26, 2020 |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for Defendant and Counterclaimant Gavin Scott Hapgood.

           By  */s/ Thomas B. Watson*
           Thomas B. Watson (Admitted *Pro Hac Vice*)
           Diamond McCarthy LLP
           333 South Hope Street, Suite 4050
           Los Angeles, California 90071
           CA State Bar No. 181546
           424/278-2335 (Telephone)
           424/278-2339 (Facsimile)
           Thomas.Watson@DiamondMcCarthy.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2020, a true and correct copy of the above and foregoing document has been served on to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                                 */s/ Thomas B. Watson*
                                                 Thomas B. Watson