## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF KENNY RICHIE MARTY MITCHEL,<br>        Plaintiff,<br><br>        v.<br><br>GAVIN SCOTT HAPGOOD, a/k/a SCOTT HAPGOOD<br>        Defendant. | No. 3:19-cv-01914 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On August 12, 2020, I held a Rule 16 pretrial conference off the record with Steven Seligman, Christian Sterling, and James Armentano, attorneys for the plaintiff, Estate of Kenny Richie Marty Mitchel; and Beck Fineman, Jim Noonan, Michael Conroy, and Thomas Watson, attorneys for the defendant, Gavin Scott Hapgood, a/k/a Scott Hapgood.

During the conference, we discussed discovery and the procedure for addressing discovery disputes, should any arise. I stayed discovery with the exception of limited discovery concerning subject matter jurisdiction until resolution of the pending criminal matter in Anguilla. All parties shall preserve all relevant electronic evidence.

We also discussed the possibility of settling the case early. The parties indicated that they are open to settlement. I will refer the case to a Magistrate Judge for a settlement conference. The parties should contact Chambers if they wish to request another status conference.

The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

It is so ordered.

Dated at Bridgeport this 12th day of August 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge
