UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF KENNY RICHIE MARTY MITCHEL,<br>    Plaintiff,<br><br>    v.<br><br>GAVIN SCOTT HAPGOOD,<br>    Defendant. | No. 3:19-cv-1914 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On May 26, 2021, I held a status conference on the record with Steven Seligman, attorney for the plaintiff; and James Justin Noonan, Thomas B. Watson, Michael C. Conroy and Beck Fineman, attorneys for the defendant. The purpose of the call was to discuss the status of the case after settlement negotiations failed to resolve the matter.

Attorney Seligman began the call by explaining that a pending criminal action proceeding in Anguilla will likely affect the progress of the case; due to various delays and a pending appeal, that case is not likely to resolve in the near future. I asked whether the parties would therefore be seeking a stay pending the resolution of the criminal matter. Attorney Noonan suggested that the parties might be able to engage in limited written discovery prior to the resolution of the criminal case, and the parties agreed that that would be more efficient than requesting a stay at this time.

The parties agreed to exchange initial disclosures by June 25, 2021 and to subsequently engage in written discovery. I indicated that the parties should feel free to reach out if any discovery disputes or issues should arise.

So ordered.

Dated at Bridgeport, Connecticut, this 27th day of May 2021.

/s/ STEFAN R. UNDERHILL

Stefan R. Underhill
United States District Judge