UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF KENNY RICHIE MARTY MITCHEL,<br>-- BY AND THROUGH EMILY REBECCA GARLICK AND GERARD NEVILLE MITCHELL,<br>ITS PERSONAL REPRESENTATIVES<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN SCOTT HAPGOOD, A/K/A SCOTT HAPGOOD<br><br>    Defendant. | CIV ACTION NO.:  3:19-CV-01914 (SRU)<br><br><br>JANUARY 31, 2022 |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated January 10, 2022 (Doc. 55), the defendant, Gavin Scott Hapgood ("Scott Hapgood"), on behalf of, and with the express consent of, all parties, provides an update on the status of this case as follows:

1.  The Anguillian criminal proceedings are continuing against the defendant. Scott Hapgood will be remitted for trial. As previously discussed with this Court, it is the understanding of all parties that evidence developed in connection with the Preliminary Inquiry are presently sealed until future action by the Magistrate Court, which impacts the parties' ability to conduct discovery in this case. The parties have reason to believe that evidence will be forthcoming.

2. Access to witnesses outside the State of Connecticut and/or outside the United States has been significantly limited. Moreover, travel to and from Anguilla remains difficult, including CDC guidance pertaining to travel to the Caribbean and Anguilla.

3. In light of the ongoing limitations discussed above, the parties respectfully request an opportunity to provide a further status report in sixty days.

DEFENDANT,
GAVIN S. HAPGOOD

By: /s/
Beck S. Fineman, Esq.(ct27648)
Ryan Ryan Deluca LLP
1000 Lafayette Blvd., Suite 800
Bridgeport, CT 06604
Juris No. 438500
Phone: 203-549-6650

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                                    ____/s/_____
                                                                                      Beck S. Fineman, Esq.