## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ESTATE OF KENNY RICHIE MARTY MITCHEL,**<br>**-- BY AND THROUGH EMILY REBECCA GARLICK AND GERARD NEVILLE MITCHELL,**<br>**ITS PERSONAL REPRESENTATIVES**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**GAVIN SCOTT HAPGOOD, A/K/A SCOTT HAPGOOD**<br><br>    **Defendant.** | **CIV ACTION NO.:  3:19-CV-01914 (SRU)**<br><br><br><br>**APRIL 29, 2022** |

## JOINT STATUS REPORT

  Pursuant to this Court's Order dated March 2, 2022 (Doc. 57), the defendant, Gavin Scott Hapgood ("Scott Hapgood"), on behalf of all parties, provides an update on the status of this case as follows:

  1. The Anguillian criminal proceedings are continuing against the defendant.  As previously reported, Scott Hapgood will be remitted for trial, but no trial date certain has been set.

  2. In light of the ongoing limitations previously reported and discussed above, the parties respectfully request that this matter remained stayed.

DEFENDANT,
GAVIN S. HAPGOOD


By:_____/s/_____
    Beck S. Fineman, Esq.(ct27648)
    Ryan Ryan Deluca LLP
    1000 Lafayette Blvd., Suite 800
    Bridgeport, CT 06604
    Juris No. 438500
    Phone: 203-549-6650

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Beck S. Fineman, Esq.

Document2
204.796